**REMIT TO:**
BACHMAN PRINTING
510 MARQUETTE AVE., STE. 222
MINNEAPOLIS, MN 55402



# INVOICE

Fed. Tax I.D.# 41-1847-471

No. **42370**

Date 8/18/09

Customer P.O. No.
Patty P

CUSTOMER
Maslon, Edelman ***991
90 South 7th Street
3300 Wells Fargo Center
Minneapolis MN 55402-4140

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 61 | 31 copies of the Brief of Defendants and 30 copies of the Appendix of Defendants, Savig v. First National Bank of Omaha, et al. Prepare cover, copy, collate, bind, serve and file. | 2,126.43 |
| | $2,291.76 ÷ 31 copies = $73.92/each brief and appendix | |
| | $73.92 x 28 sets = **$2,069.76** | |

Taken by: KRISTI

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

| | |
|---|---|
| SUB | 2,126.43 |
| TAX | 165.33 |
| SHIPPING | |
| TOTAL | 2,291.76 |

510 Marquette Avenue ■ 222 on the Skyway    Minneapolis, MN 55402
phone (612) 339-9518  ■  fax (612) 337-8053  ■  (800) 715-3582
www.bachmanprint.com

**REMIT TO:**
BACHMAN PRINTING
510 MARQUETTE AVE., STE. 222
MINNEAPOLIS, MN 55402



# INVOICE
Fed. Tax I.D.# 41-1847-471

No. **42647**

Date  9/25/09

Customer P.O. No.
Patty P

**CUSTOMER**
Maslon, Edelman ***991
90 South 7th Street
3300 Wells Fargo Center
Minneapolis MN  55402-4140

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 31 | Reply Brief of Defendants, Savig v. 1st National Bank of Omaha. Prepare cover, copy, collate, bind, serve and file. | 525.70 |
|  | $566.57 ÷ 31 copies = $18.27/each brief and appendix  $18.27 x 28 sets = **$511.56** |  |

Taken by: KRISTI

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

| | |
|---|---|
| SUB | 525.70 |
| TAX | 40.87 |
| SHIPPING | |
| TOTAL | 566.57 |

510 Marquette Avenue ■ 222 on the Skyway   Minneapolis, MN 55402
phone (612) 339-9518  ■  fax (612) 337-8053 ■ (800) 715-3582
www.bachmanprint.com

No. A09-1221

# State of Minnesota

# In Supreme Court

Mona Savig and Robert Savig,

*Plaintiffs,*

vs.

First National Bank of Omaha and Messerli & Kramer, P.A.,

*Defendants.*

ON QUESTION CERTIFIED BY UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA, HON. JOAN N. ERICKSEN

**Notice, Statement and Claim of Costs and Disbursements
Incurred by Prevailing Party**

*Prevailing Party:*

First National Bank of Omaha and Messerli & Kramer, P.A.

| | |
|---|---|
| Statutory Costs ................................ $ 300.00 | Print Appellant's Brief & Appendix (28 copies*) ........... $ 2,069.76 |
| Clerk of the Appellate Courts Filing Fee ............................ $ 275.00 | Print Reply Brief (28 copies*) ......... $ 511.56 |

Total Claimed: ...... $ **2,581.32**

---

*14 copies of briefs filed with Court; plus two each for 2 parties and 5 separately represented *amici curiae.*